STATE OF NEW JERSEY v. ABDUL SALLAM.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CLAUSO.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LEE POWELL.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS GIAMBI.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RUDOLFO CONTRERAS.

January 20, 1987.

Petition for certification denied.